FILED

UNITED STATES COURT OF APPEALS

JAN 24 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARY HOLLEN, | No. 13-35978 |
| Plaintiff - Appellant, | D.C. No. 2:11-cv-05045-EFS<br>Eastern District of Washington,<br>Spokane |
| v. | |
| STEPHEN CHU, Secretary, US<br>Department of Energy and UNITED<br>STATES DEPARTMENT OF ENERGY, | ORDER |
| Defendants - Appellees. | |

Pursuant to the stipulation under Federal Rule of Appellate Procedure 42(b) by appellant and appellee, it is ordered that appeal No. 13-35978 be dismissed. Costs shall be allocated pursuant to the stipulation.

A copy of this order shall act as and for the mandate of this court.

For the Court:
MOLLY C. DWYER
Clerk of the Court


Alihandra M. Totor
Deputy Clerk
Ninth Circuit Rules 27-7 and 27 10